United States Courts
Southern District of Texas
FILED
JAN 11 2013
David J. Bradley, Clerk of Court

United State District Court

:Habeas Corpus Nos: 530-CV-03543

of being in Texas Department of Criminal justice, an Criminal justice system. I feel I need to be moved of my Safety. To Show, an to teach manner an respect to an family, relitive, I feel my life is in danger; Therefor, my family might be in danger of the Black market; Therefor, the Black mealing of someone action, an of my relitive action, of harm way, are someone in harm way, of not want to be in troble. Of my relitive, of my pass I'm not understand-ing, of they feel about me are othe people in the public Comunity are it they look to impress an person of See an person in harm way are me. Of me beart knowing people, an my relitive. I don't no of people an my relitive action of my Safety, of not being around my relitive. My family, my kid I worry of them being around my relitive, an Baby momma relitive kid of age 4 or 5, 12 or 13, 17 or 18 Complaintine of kidnapping an rape

of the Court action, an the Criminal justice system of November 26 2009 Conviction of the knowledge of assault T.D.C.J lack of job title of investagation of Correcting an Citizen an the Safety of an Citizen

I'm requesting to go on an Court program of being incompentant to my defent; repercenting

myself to build conferden of beyunn around people an to show an teach mannar, are the respect of what a person have to abap to of the rule an law or job policies an abap in the choise of right, an wrong of show an teach an family mannar of safety an the protection from, are of other, way an person have to abap of ~~meen~~ mannar a choise to abap to of an emgne. Please find my request appropriate to the attention of the Court.

I try to send 10$ dollar of the petition fee

I'm requesting of my felony charges to be dropped to an misdemeanor charges

Wyatt Bosby 1606893

Wyatt Bobby #1606893
2661 FM 2054, Coffield Unit
Tennesse Colony, Texas 75884

United State District Court
Southern District of the
State of Texas
Post office Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED

JAN 11 2013

David J. Bradley, Clerk of Court

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION