United State Southern District
Court of Texas

Inmate Trust Fund
Statment of Accant
Post office box 60
Huntsville, TX 77342

: Habeas Corpus Nos: 530-CV-03543\4:12

Requesting of refile,
an unfair Speedy trail Act
by non jury & 5 year agreement

United States Courts
Southern District of Texas
FILED

APR 0 2 2013

David J. Bradley, Clerk of Court

note to: Petitioner is advised; however, that upon a proper showing, ~~fails~~ relief from this order may be granted in accordance with rule 60(B) of the federal rule of Civil Procedure. of failure to pursue instructed, of failing a Pauper's application, an a Certified trust fund Accaunt Statment or the ~~filing~~ fee of 5.⁰⁰ an amended Complaint

I thought the form "United State district court application to proceed without prepayment of fee and Affidavit" had been an forma pauperis form; therefor, I had money to ~~pay~~ the 5.⁰⁰ fee, "the notice of deficent pleading." But, of three hundrent fifth dollar, that the reicepy I ~~sent~~ the forma pauper requesting to file for the payment to be on that be' haff of payment.

Memorandum, an opinion & Ordered of dismissal

of the appell I'm ack for an nothere charese; therefor, it charse to be hel. I'm request that the case run concurrect with the Appell if Appropriate, request to plea nocontens.

Larry Busby #1606893
Beef FM 2054 Cottle Unit
Tennessee Colony TX 75884

United State District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
APR 02 2013
David J. Bradley, Clerk of Court

3-15-13